IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS AMILCAR RAMIREZ,

    Petitioner,                                      No. CIV S-07-0918 GEB GGH P

    vs.

ALBERTO GONZALES,

    Respondent.                                ORDER

/

        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges that he was convicted of illegal re-entry in violation of 8 U.S.C. § 1326. Petitioner requests that the court suspend his order of deportation.

        District courts do not have habeas jurisdiction over orders of removal. <u>Puri v. Gonzales</u>, 464 F.3d 1038, 1040 (9th Cir. 2006). Jurisdiction to review orders of removal rests exclusively in the courts of appeals. <u>Id.</u> Accordingly, the court will order this action transferred to the Ninth Circuit Court of Appeals.

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 | transfer this action to the Ninth Circuit Court of Appeals.
3 | DATED: 5/23/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

7 | ram918.tra